JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON LAMBERT,<br><br>  Petitioner,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>  Respondent. | Case No. 2:19-cv-04969-JGB-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Dismissing Action Without Prejudice,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: August 14, 2019

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE